In the Matter of the Application for the Appointment of a Committee of the Person and Property of SILAS HARRIS POMEROY, an Alleged Incompetent Person, Appellant. GEORGIA S. POMEROY, Petitioner, Respondent.— Order directing issuance of a commission to inquire into the alleged incompetency of appellant affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JAMES KING and NICHOLAS ABBONTO, Respondents, v. MINNIE B. KESSLER, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

VIOLA KIRKBRIGHT, an Infant, by WILLIAM KIRKBRIGHT, Her Guardian ad Litem, Respondent, v. FRANK MAYETTA, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements, on the ground that the motion papers are insufficient to warrant the change sought. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

WILLIAM A. KIRKBRIGHT, Respondent, v. FRANK MAYETTA, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements, on the ground that the motion papers are insufficient to warrant the change sought. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ELIZABETH LYE, Respondent, v. PAUL STERN and ROSE STERN, Appellants. ROSE REEP, Respondent.— It appearing from the record before this court that Elizabeth Lye, plaintiff, respondent, had paid on account of the purchase price of the property in dispute the sum of $4,000, and the judgment appealed from having failed to make provision to protect her interest in such payment, the judgment is modified by providing that should Rose Reep accept the provisions of the contract by taking title alone, she, as a condition thereof, shall pay $4,000 to Elizabeth Lye, failing which Elizabeth Lye shall have a lien upon the property for that amount. As so modified the judgment is unanimously affirmed, without costs. Findings contrary to this decision are reversed. New findings will be made in accordance herewith. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

JACOB MANTINBAND and MAURICE WEISS, Respondents, v. B. G. K. REALTY CORPORATION and BECKIE PINTO, Defendants. KAYHART REALTY CORPORATION, Purchaser, Appellant.— Order compelling purchaser to complete its purchase modified by directing that there be a resale of the premises and that the amount of the ten per cent paid by the purchaser on the prior sale be applied to any deficiency arising upon such resale, if there should be a deficiency. As so modified, the order is affirmed, without costs. In the state of the record before this court, appellant should not be held for any further deficiency. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.